# Exhibit 1

**SERVICE AGREEMENT**
**DEPARTMENT OF THE ARMY ARMED FORCES HEALTH PROFESSIONS SCHOLARSHIP PROGRAM**
For use of this form, see AR 601-141; the proponent agency is the Office of The Surgeon General.

*THIS FORM IS AFFECTED BY THE PRIVACY ACT OF 1974*

1. AUTHORITY: 10 USC 2122.

2. PRINCIPAL PURPOSE(S): Service Agreement is used as the contract between the US Army and student selected to enter the scholarship program. Program offers financial support in return for an active duty obligation.

3. ROUTINE USES: A signed and witnessed Service Agreement, which includes the student's SSN, must be submitted by selectees to enter the program. Student certifies to specific eligibility statements and that he/she agrees to and/or understands requirements and active duty obligation. SSN is used for identification purposes.

The signed and witnessed Service Agreement becomes a part of member's official file at RCPAC. Other distribution includes: Fitzsimons Army Medical Center in conjunction with the payment of stipend and educational expenses; AMEDD Personnel Counselor; and HQ USAMEDDPERSA (SGPE-PD) for student management file.

4. MANDATORY OR VOLUNTARY DISCLOSURE: Voluntary. If not submitted with other appointment and program entry documents, appointment in the USAR will not be processed.

NAME OF APPLICANT (Print or type): Daniel Wayne Isenbarger
SSN: 546 82 0768

In accordance with my application to participate in the Armed Forces Health Professions Scholarship Program (Chapter 105, Title 10, United States Code),

1. I hereby certify that:

    a. I am a citizen of the United States of America.

    b. I have been accepted for admission to or am enrolled in an accredited college, university, or institution located in the United States or Puerto Rico in a course of study in medicine or other health profession, leading to a degree in medicine

    c. I am not obligated for future service to any health institution or community by virtue of any scholarship, grant, contract, or other agreement, and I will not make any such contract or other agreement without approval of The Surgeon General of the Army until I have completed my service obligation under this Program.

2. As a member of the Program, I agree that, unless sooner separated, I will remain in the Program to complete the educational phase leading to a professional degree in my course of study. I specifically acknowledge that I may not unilaterally terminate my participation in the program by refusing to apply for or to accept the monetary or other benefits of the program set forth elsewhere in this agreement.

3. I agree to pursue my studies and training on a continuous basis during the school years set forth in the schedules of the institution in which I am enrolled, or in which I will matriculate, and to the best of my ability, direct my efforts toward completion of course requirements prerequisite to my receiving the designated degree in the health profession for which I was selected for a scholarship.

4. I understand that I will not be granted an extension of this scholarship for the purpose of pursuing studies toward completion of course requirements prerequisite to receiving any other degree.

5. If qualifying for a degree in medicine or osteopathy, I will apply in accordance with applicable Army directives for the next Army First Year Graduate Medical Education (FYGME) Program scheduled to commence after receipt of such degree and participate, if selected by the Army, in an active duty status. I understand that medical and osteopathic graduates not selected for an Army FYGME Program will participate in an inactive duty status in an American Medical Association (AMA) or American Osteopathic Association (AOA)-approved first year graduate medical education program (internship) offered by a nonmilitary hospital. Following completion of the Army FYGME program or approved first year graduate medical education program (internship), I understand I will be required to perform professional duties, consistent with Army requirements, as determined by The Surgeon General, unless I am selected for further residency training. If elected for further training by the Army, I understand such residency training may be in an Army hospital on an active duty status or in a nonmilitary hospital in an inactive duty status.

6. If I desire residency training, I will apply for an Army residency program, unless previously selected by The Surgeon General for delay of entry on active duty to complete a civilian residency. Residency program participation in an Army hospital is in an active duty status. Those selected by The Surgeon General for civilian-based training in a particular residency, under Army sponsorship, will, in addition to any other active duty obligation, incur an active duty obligation of one year for each such year or portion thereof of graduate professional education (GPE). Program members will not be released from active duty for a minimum period of two (2) years following completion of any period of GPE except in the best interest of the Government.

7. I understand that selections for residency training in a nonmilitary hospital are made by the Army from among the applicants requesting training in a given specialty, and that the number approved for such training is determined by the Army's projected requirements for specialists qualified in each specialty. If selected by the Army for civilian specialty training, I understand that deferment from active duty or transfer to inactive duty status will be for the purpose of performing the requested residency and for the period of time usually required to complete training in that specialty. I understand that, upon completion of a civilian residency, I will be ordered to active duty. I understand that any proposed changes or deviation in the training or time requirements to complete my residency are subject to the approval of The Surgeon General. I further understand that, should such civilian residency training be completed or terminated prior to the date approved for deferment from or return to active duty, I am obligated to immediately advise The Surgeon General so that I may be ordered to active duty to fulfill my scholarship obligation.

8. If training under paragraphs 5, 6, or 7 is accomplished in a nonmilitary program, I understand that I will be in an inactive duty status. I will not be entitled to any pay, allowances, or education expenses from the Army, but I will be entitled to accept the normal stipends and benefits paid to other trainees in my training institution.

DA FORM 4629, APR 82   REPLACES EDITION OF 1 FEB 80, WHICH IS OBSOLETE

9. I understand that I must accept an appropriate reappointment or designation as to grade and branch within the Army, if tendered, based upon my health profession, following satisfactory completion of the Program. Further, that such reappointment may result in a lower grade than previously held as a commissioned officer prior to and during my participation in this Program.

10. I agree to participate in designated military training while I am in the Program.

11. I agree to complete the requirements for appointment as a commissioned officer. I agree to meet the Army Appearance Standards as established by policy and regulation.

12. I understand that I will not be permitted to voluntarily withdraw from the Program.

13. As a result of Program participation, I understand that I will:

   a. Incur an active duty obligation (ADO) of two years for the first two years, or portion thereof, that I have been in the Program. Participation for periods in excess of two years will result in an additional active duty obligation of ½ year for each additional ½ year or portion thereof of participation. Under no condition will I be released from active duty until I have served a minimum of two years following completion of any period of graduate professional education, except when my release is determined by the Army to be in the best interest of the Government.

   b. Unless otherwise relieved, serve, apart from my active duty obligation (ADO) described in 13a, above, a minimum term of service on active duty of three years. My minimum term of service will run concurrently with my active duty obligation (ADO); however, if my ADO is less than my minimum term of service, I will not be released from active duty until I have also served my minimum term of service. Any time spent on active duty after completion of the basic professional degree required for appointment to the health services category to which assigned (including time spent in graduate professional education and in discharging an ADO) will count toward the satisfaction of this minimum term. Prior active duty service will not count toward the completion of this requirement.

   c. I further understand that any subsequent changes in my marital or dependent status or in my physical condition will not be grounds for subsequent release from the terms of this contract unless specifically provided for by statute or applicable Army Regulations in effect at the time my status changes.

14. I understand that the following provisions apply to the discharge of my active duty obligation:

   a. Time spent in graduate professional education (FYGME/internships; residencies or fellowships) will not be creditable toward satisfying my Program obligation.

   b. An obligation incurred as a Program member is in addition to any obligation incurred as a result of participation in any other military program. I may not serve all or any part of the ADO incurred by participation in this program concurrently with any other military obligation.

   c. An assertion of community essentiality will not be considered as a ground for relief from the Program obligation or for delay in fulfilling the Program obligation.

   d. Time spent on active duty or active duty for training while a member of the Program prior to completion of professional degree requirements will not be credited toward fulfillment of any active duty obligation.

15. As a Program member, I understand that I will:

   a. Be commissioned as an officer in a Reserve Component of the Army and serve on active duty for training in the pay grade 01 (2LT), with full pay and allowances of that grade, for a period of 45 days during each 12-month period of Program participation. This active duty for training may be at the accredited civilian institution I am attending, if to be detailed elsewhere would interrupt my academic training, as verified by a school official responsible for the academic program as a degree-qualifying requirement in my course of study and approved by HQ USAMEDDPERSA (SGPE-PD). In addition, I will be required to participate in such other military and professional training as is prescribed by the Army.

   b. Except when serving on active duty for training, pursuant to para 15a above, receive a stipend at the rate established by law. I understand that payment of such stipend commences on the date that all of the following conditions are satisfied: My oath of office has been executed, this service agreement has been executed, and enrollment in my course of study has been accomplished. Such stipend will be suspended upon my graduation or upon the date of completion of the regular course of studies if that date precedes the date of my graduation by over 45 days or upon my failure to maintain the status of a full-time student at my school. Federal income tax liability with respect to Program entitlements is determined by statute and/or rules and regulations of the Commissioner of Internal Revenue.

   c. Be entitled to receive payment for all actually incurred and approved educational expenses which are supported by purchase receipts and certified as essential to the course of study by a school official designated by the institution. These include tuition, fees, books, laboratory expenses, laboratory and clinical coats, precious and semiprecious metals, payments for educational services, and rental of nonexpendable equipment (such as a microscope for which the cost of rental is limited to $250.00 per year for two years), but exclude room and board and non-academic expenses such as yearbooks, school newspapers, parking fees, and tickets for sports activities. Such payments will be limited to those educational expenses normally incurred by students in my school and in my degree program who are not members of the Program. In no case will the Army reimburse an individual for the purchase of nonexpendable equipment (individual items costing $200.00 or more). If I enter the Program during an academic session, I am eligible for personal reimbursements on a prorated basis of all normally required and authorized items specified above, provided they are applicable to the current academic year. Those expenses incurred and items purchased prior to the current academic year, but still in use or required to be used in the future, are not approved for reimbursement. I understand that the Government will not be responsible for any acts of negligence on my part, and that no duplicate payments will be made for loss or breakage of any supplies furnished hereunder.

16. I further understand and agree that service performed while I am a member of this Program will not be counted:

   a. In determining eligibility for retirement other than by reason of a physical disability incurred while on active duty as a member of the Program; or

   b. In computing years of service, creditable for pay under title 37, United States Code, section 205.

17. I understand that if my status as a student is suspended or discontinued for deficiency in conduct or studies, or for other reasons, I will be required to perform active duty in an appropriate military capacity in accordance with the active duty obligation incurred, when such service is determined to be in the best interest of the Government.

18. I understand and agree to reimburse the Government for all stipend payments, tuition, and other educational costs which it incurred, or any portion thereof, as determined by the Secretary of the Army, if I fail to complete my obligation under this contract as a result of action not initiated by the Government. However, I may not be relieved of my active duty obligation arising from participation in the Program solely because of willingness and ability to refund all payments made by the United States Government pursuant to sections 2121 and 2127, title 10, United States Code.

19. I understand that all financial inducements and benefits, including, but not limited to, basic pay, housing allowances, health care benefits, bonuses, professional pay, variable incentive pay, special pay, commissary privileges, retirement benefits, annual leave, and other benefits are either statutory or regulatory and are subject to change at any time without notice and any subsequent loss of such financial inducements or benefits by virtue of a statutory, regulatory or policy change shall not release me from any obligations incurred under this contract.

20. I understand that my remaining service obligation of __0__ years __0__ months __0__ days will be added to any obligation incurred as a participant in the US Army Health Professions Scholarship Program.

21. I understand that this is the entire contract between myself and the United States Army and that there are no oral or other agreements or understandings or representations affecting the contract or relating to my military service, except as otherwise specifically provided herein.

__15 July '86__   __Daniel Wayne Isenbarger__                    __Daniel Isenbarger__
Date              Name of Applicant (Type or Print)               Signature

__Paul Isenbarger__                                               __Paul Isenbarger__
Name of Witness (Type or Print)                                   Signature of Witness

Accepted for and on behalf of the United States of America

                                                    __Wessie C. Rogers__
                                                    WESSIE C. ROGERS
                                                    CPT, MSC
                                                    Chief, Stu Prog Mgmt Acty
                                                    Officer Procurement Division