# Exhibit 2




REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
5109 LEESBURG PIKE
FALLS CHURCH, VA 22041-3258

January 6, 1996

Graduate Medical Education Division

Captain Daniel W. Isenbarger, Medical Corps
William Beaumont Army Medical Center
El Paso, Texas  79920-5001

Dear Doctor Isenbarger:

I am pleased to inform you that you have been selected for Army residency/fellowship training.  It should be understood that this selection is contingent on your maintaining an acceptable level of performance, compliance with the height and weight standards of Army Regulation 600-9 and successful completion of the Army Physical Fitness Test.  It should be further understood that if this headquarters is informed of a decline in your level of performance, after receipt of this notification of selection, and this is supported by appropriate written documentation, a re-look board may be convened to reconsider your selection for GME training.

Your program will begin on or about July 1, 1996 and extend until successful completion of the program, your earlier withdrawal, or termination.  Completion of the program is usually determined by the minimum training requirements of the American medical specialty board in your field.

The obligation you incur for participation in this training is specified on the enclosed training agreement.  Any questions regarding obligations may be directed to the Commander, U.S. Total Army Personnel Command, ATTN: TAPC-OPH-PS, 200 Stovall Street, Alexandria, Virginia 22332-0417.  The telephone number is DSN 221-2370/2371 or commercial (703) 325-2370/2371.

Please indicate your acceptance or rejection of this training on the enclosed agreement and return the original signed copy of the agreement to this office in the enclosed envelope no later than  JAN 3 1 1996

It is imperative that you provide two copies of this letter and the signed agreement to your unit personnel officer.  It is incumbent on you to ensure that your personnel officer forwards one copy of each to your servicing finance and accounting officer and posts one copy of each to your Military Personnel Records Jacket (DA Form 201).  The signed agreement is authority to extend your current active duty term of service to the date specified in that agreement in accordance with paragraph 17k, AR 135-215.  **Failure to do this will result in cessation of your full pay and allowances at your current expiration of term of service (ETS) date.**

Sincerely,

Eric B. Schoomaker
Colonel, Medical Corps
Director, Medical Education

Printed on Recycled Paper

Enclosures



**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
5109 LEESBURG PIKE
FALLS CHURCH, VA. 22041-3258



REPLY TO
ATTENTION OF

SUBJECT:  Training Agreement for Army Graduate Professional Education (GPE) in a Military Facility

Commander
USAHPSA, ATTN:  MCHO-ME-GME
Falls Church, VA  22041-3258

1.  I have received your letter notifying me of my selection for Graduate Professional Education (GPE) training in Infectious Disease at Brooke Army Medical Center, Fort Sam Houston, Texas beginning on or about July 1, 1996.

2.  I further understand that my selection is contingent upon my maintaining an acceptable level of performance, compliance with the height and weight standards of Army Regulation 600-9, and successful completion of the Army Physical Fitness Test.  I understand that should my level of performance decline and appropriate written notification of this is received by this headquarters, prior to the start date of my training, a re-look board may be convened to reconsider my selection for GME training.

3.  I further understand that continuation of my training will be subject to my satisfactory performance of duty as determined by the Hospital Education Committee.

4.  I understand that no portion of an existing active duty obligation (ADO) may be satisfied during participation in this GPE program except as specifically provided by my earlier agreement executed upon entry into the AFHPSP, or the AR 601-112 Program, to wit:  No Modification.

5.  I understand that notwithstanding any provision that may appear in Army regulations, under the current Department of Defense Directive 6000.2, dated 8 April 1988, as a participant in GPE in a military facility I will incur an ADO as follows:

   a.  If I entered into an AFHPSP contract prior to 8 April 1988 and such contract specified an ADO for GPE in a military facility, my ADO will be governed by such provision.

   b.  If I do not meet the criteria in paragraph 4.a., above, my ADO will be one-half year for each one-half year of training, or portion thereof, but the minimum ADO shall not be less than two (2) years.

This obligation for training in a military facility can be paid back concurrently with any other obligation that I may already have except another GPE obligation.

6.  I understand that my current ADO expires on June 30, 1998.  By acceptance of this GPE training, I agree that my ADO, upon successful completion of this GPE training will terminate on June 30, 2001.  This new ADO expiration date is based on successful completion of the GPE training on the scheduled date of June 30, 1999.  If for any reason I do not successfully complete this GPE training, or do not successfully complete the program until after the currently scheduled completion date, my ADO will resume effective the date of withdrawal or termination from the training or date of successful completion of the program and the above new ADO expiration date will be adjusted accordingly, based on the amount of time I actually spent in the training program.

7.  I understand that this GPE training constitutes a voluntary retention program and that unless a waiver is obtained, I will not be released from active duty before satisfying all my active duty service obligations, even if those obligations extend me beyond 20 years active federal service.

Printed on Recycled Paper

8.  I agree that if I am twice non-selected for promotion I will remain on active duty until such time as I have fulfilled the term of continuous active duty agreed to in paragraph 5 above, even if that obligation will extend me beyond what would otherwise be the date of my release from active duty as a result of non-selection for promotion.  I agree to accept selective continuation on active duty, if offered, rather than elect to be discharged as a result of being twice non-selected for promotion.  I understand that if I am not a Regular Army officer, the Secretary of the Army or his delegate may continue me on active duty until I have served the term of continuous active duty agreed to in paragraph 5 above.  If I am a Regular Army officer and am twice non-selected for promotion, I waive any right I may have to decline continuation on active duty.

9.  I understand that I will not be released from active duty prior to my ADO incurred as stated in paragraph 5 except in the best interest of the U.S. Government.

I accept  (    )
                 this training
I decline ( X )

DATE  17 JAN '96

SIGNATURE  _____

Isenbarger, Daniel W.
Captain, Medical Corps, 546820768

OTSG FL 18        Previous editions of this form are obsolete.
Dec 95