# Exhibit 3




**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
LEESBURG PIKE
FALLS CHURCH VA 22041-3258

REPLY TO

SUBJECT: Training Agreement for Army Graduate Medical Education

Department of the Army
HQDA, OTSG, ATTN: DASG-PSZ-MG
5109 Leesburg Pike
Skyline Six, RM 596
Falls Church, VA 22041-3258

1. I acknowledge receipt of your letter notifying me of my selection for Graduate Medical Education (GME) as indicated below:

___X___ a. For GME training in a military facility in Cardiology at NCC-Walter Reed Army Medical Center, Washington, DC, beginning on or about July 1, 2001 and scheduled to be completed on June 30, 2004.

_____ b. For Army sponsored civilian training under the partially-funded GME program in _____ at the _____, _____ beginning on or about _____ and scheduled to be completed on _____. I understand that no tuition is paid for partially-funded civilian GME.

_____ c. For Army sponsored civilian training under the fully-funded GME program in _____ at the _____, _____ beginning on or about _____ and scheduled to be completed on _____. I understand that training is degree-producing and that Army funding for tuition expenses, if applicable, will be provided to the training institution.

_____ d. For Army sponsored civilian training under the fully-funded GME program in which the first year of training is conducted in a civilian institution and the remaining years of training are conducted at a military facility in _____ as follows: Civilian Institution MPH (1st year); _____, _____ (2nd and 3rd year); beginning on or about _____ and scheduled to be completed on _____. I understand that the first year of this program is degree-producing and required for completion of my GME program and that Army funding for tuition expenses during the first year of training will be provided to the training institution.

2. If selected for a five-year GME program at a military facility in general surgery, orthopaedics, or urology (which includes a research year), I agree to assignment or reassignment as directed for the research year. I understand that my research period will not exceed one year in duration and will be completed at my GME training facility or in close proximity to my GME training facility. Any assignment or reassignment required for the research year will not require a funded permanent change of duty station. I further understand and agree to the following:

a. I will remain a student in training during the five-year program and incur an active duty service obligation (ADSO) for the entire period of training.

b. Time spent during the one-year research period does not count toward repayment of the ADSO incurred for GME.

c. I will not be entitled to Medical Additional Specialty Pay (MASP) during the entire research period.

d. Upon completion of the research period, I will be immediately returned to my specialty program at my training facility.

3. I understand that my selection for entry into GME training is contingent upon my maintaining an acceptable level of duty performance, compliance with the height and weight standards of Army Regulation 600-9, and successful completion of the Army Physical Fitness Test. I further understand that should my level of performance decline and appropriate written notification of this is received by this headquarters, prior to the start date of my training, a re-look board may be convened to reconsider my selection for GME training. I further understand that as a condition of employment for continuation in GME training I must comply with the Army's standards for height and weight and for passing the Army Physical Fitness Test as set forth in regulatory and policy guidance. I further understand and specifically acknowledge my participation in GME training will automatically be terminated

1

Printed on Recycled Paper

and that I will not be allowed advancement to the next year if I fail to comply with the Army height/weight standards or fail to successfully complete the Army Physical Fitness Test or if I am placed on a substantiated suspension of favorable personnel actions in accordance with AR 600-8-2 (Suspension of Favorable Personnel Actions).

4. I further understand that continuation of my training will be subject to my satisfactory performance of duty as determined by the appropriate military or civilian educational institution or the U.S. Army.

5. I understand and specifically acknowledge that as a condition of employment and for continuation in GME training I must obtain a current unrestricted medical license and if I fail to obtain such license subsequent to my selection for training I will not be granted entry into GME training and this agreement is automatically void.

6. If performing Army sponsored partially-funded or fully-funded training in a civilian institution, I understand that my duties as a member of the GME training program constitute my official duties as an officer in the U.S. Army and, in that capacity, I am not allowed to accept any compensation for those duties other than my military pay and allowances. I further understand that under the provisions of the training agreement between the United States and the institution involved, professional liability coverage for negligent or wrongful acts made by me while I am acting within the scope of my duties during this training will be provided either by the training institution or under Section 1089, Title 10, U.S. Code (90 Stat. 1985).

7. I understand that notwithstanding any provision that may appear in Army regulations, under the current Department of Defense Directives governing military service obligations, as a GME participant I will incur an ADSO as follows:

   a. If I entered into an Armed Forces Health Professions Scholarship Program (AFHPSP) contract prior to 8 April 1988 and such contract specified an ADSO for GME in a military facility, my ADSO will be governed by such provision.

   b. If I do not meet the criteria in paragraph 7a above, my ADSO will be one-half year for each one-half year of training, or portion thereof, but the minimum ADSO shall not be less than two (2) years. If performing GME in a military facility, this ADSO can be repaid concurrently with any other military service obligation that I may already have except any additional GME ADSO.

   c. If performing Army sponsored partially-funded or fully-funded training in a civilian facility, the ADSO referred to in paragraph 7a and 7b above is in addition to any other ADO I may have already incurred and it cannot be repaid concurrently with other ADSOs which I have incurred as a result of government-funded education and training.

   d. I understand that no portion of an existing ADSO may be satisfied during participation in any GME program unless specifically provided under paragraph 7a above.

   e. I further understand that my final separation date and any ADSO incurred under paragraph 7a through 7d above will be as determined by the Total Army Personnel Command.

8. If I do not successfully complete this GME training, my ADSO will resume effective the date of withdrawal or termination from the training. If I do not successfully complete this GME training until after the currently scheduled completion date, my ADSO will resume effective the date of successful completion of training. In either case, the ADSO will be adjusted based on the amount of time I actually spent in the training program.

9. I understand that this GME training constitutes a voluntary retention program and that unless a waiver is obtained, I will not be released from active duty before satisfying all my active duty service obligations, even if those obligations extend me beyond 20 years active federal service.

10. I understand and specifically acknowledge that if I am once non-selected for promotion I will be ineligible for GME training and will be terminated from such training effective on the date of the release of promotion board results indicating my non-selection for promotion. I agree that if I am twice non-selected for promotion following completion of GME training I will remain on active duty until such time as I have fulfilled the term of continuous active duty agreed to in paragraph 7 above, even if that

2

ADSO will extend me beyond what would otherwise be the date of my release from active duty as a result of non-selection for promotion. I agree to accept selective continuation on active duty, if offered, rather than elect to be discharged as a result of being twice non-selected for promotion. I understand that if I am not a Regular Army officer, the Secretary of the Army or his delegate may continue me on active duty until I have served the term of continuous active duty agreed to in paragraph 7 above. If I am a Regular Army officer and am twice non-selected for promotion, I waive any right I may have to decline continuation on active duty.

11. I understand that I will not be released from active duty prior to fulfilling the ADSO incurred for this GME training in accordance with applicable directives governing GME obligation except in the best interest of the U.S. Government. I further understand and specifically acknowledge that if terminated from GME training for any reason, I will be required to reapply for such training in accordance with Army requirements.

12. If participating in an Army sponsored fully-funded GME training program, I understand that in the event I voluntarily (which includes separation as a conscientious objector) or as a result of misconduct (including separation for homosexuality, drug abuse, or alcohol abuse) fail to complete the required service obligation, I will reimburse the United States the costs of tuition, books, supplies, and other costs clearly identified as paid by the United States, but not include pay, allowances, or travel expenses. I acknowledge that the term "fail to complete" means I served no period of active duty, or I did not serve on active duty at all because such service was not in the best interest of the U.S. I understand that this reimbursement provision does not give me the option to choose to reimburse the United States in lieu of active duty service and that the rule of proration 6 applies. The reimbursement amount shall be determined in accordance with the following formula. Amount to be Reimbursed=

Costs of Advanced   X   Unserved Portion of Active Duty Obligation
Education                Total Fully Funded Long Term Civilian Training
                         Program Active Duty Obligation

13. (X) I accept the selected training and understand the requirements indicated herein. I understand that any alteration or modification to this acceptance document other than where required renders this document invalid.

14. ( ) I decline the selected training.

SIGNATURE _____
Isenbarger, Daniel W.
MAJ. MC, 546820768

DATE  16 JAN 01

OTSG FL 18    Previous editions of FL 7 and 18 are obsolete.
Dec 2000

3




**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
ALEXANDRIA VA

TAPC-OPH-PS                                                                                       11 JAN 2001

MEMORANDUM FOR, Commander, WALTER REED ARMY INSTITUTE OF RESEACH,
ATTN: MAJ DANIEL ISENBARGER,
WASH, DC 20307

546 - 82 - 0768

SUBJECT: Adjusted Active Duty Service Obligation

1. Congratulations on your recent selection for Army Graduate Medical Education (GME) residency training in CARDIOLOGY at NCC-WALTER REED ARMY MEDICAL WASHINGTON, DC 20307-5000. Participation in this program incurs an additional active duty service obligation (ADSO).

2. Your training program is scheduled to begin on July 01 2001 and end on June 30 2004. Should you accept this training, your new ADSO upon successful completion, will end on June 30, 2006. This new ADSO calculation was based upon the your current Army GME selection and your previous obligations. If any facet of your selected program changes or you fail to complete the program, your ADSO may require recalculation.

3. Please acknowledge receipt of this correspondence and indicate your acceptance of your adjusted ADSO by initialing in the space provided and return to Commander, U.S. Total Army Personnel Command, ATTN: TAPC-OPH-PS, 200 Stovall Street, Alexandria, VA 22332-0417.

4. Your reply must be received at your career branch before we can issue assignment instructions. Any delay in your response could delay processing of your assignment instructions. Again, congratulations on your selection for Army Graduate Medical Education Training.

5. Should you have any questions regarding your ADSO you can contact Mr. Rash at DSN 221-2372 or commercial (703) 325-2372.

LARRY K. HAMMERBACHER
COL, GS
Chief, Health Services Division

DwI

X  I, MAJ DANIEL ISENBARGER acknowledge acceptance of my new additional training obligation and new adjusted ADSO of June 30, 2006.

16 JAN 01
Signature/date
DANIEL ISENBARGER

Please retain a copy of this document for your records.