# Exhibit 4




**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
5109 LEESBURG PIKE
FALLS CHURCH VA 22041-3258

REPLY TO THE
ATTENTION OF

January 12, 2004

Graduate Medical Education Division

LTC Daniel W. Isenbarger, MC
NCC-Walter Reed Army Medical Center
Washington, DC 20307-5000

Dear Doctor Isenbarger:

Congratulations! You have been selected for Army sponsored civilian graduate medical education (GME) training under the partially funded program in **Interventional Cardiology**. Your training program will begin on or about **July 1, 2004** and extend until successful completion of the program, early withdrawal or termination from training. Completion of the program is usually determined by the minimum training requirements of the American medical specialty board in your selected specialty, if applicable, in your selected specialty.

As a condition of your selection and continuation in GME, you must maintain an acceptable level of performance, comply with military appearance and weight standards, and successfully complete the Army Physical Fitness Test. A decline in your level of performance, after receipt of this selection notification, that is supported by appropriate written documentation may result in a re-look board being convened to reconsider your selection for GME. Failure to meet military appearance/weight and physical fitness standards prior to the start of your training program will automatically invalidate your selection to GME.

You must indicate your acceptance or declination of this training and sign the enclosed training agreement. There may be one or more contingency clauses associated with your GME selection. **If this applies, there is an additional enclosure directly behind the GME training agreement.** This enclosure indicates the exact contingency requirement(s) that you must meet in order for your selection to remain valid. If you accept the training offered, you must also sign the "GME Selection Contingency" enclosure. This document must be returned along with your signed training agreement. **You must comply with the suspense date of April 1, 2004 for meeting the contingency requirement(s).** This suspense date is important because orders related to participation in GME will not be issued until the contingency requirement(s) have been met. If there is no "GME Selection Contingency" enclosure, then a contingency clause does not exist in your selection.

Under the partially funded program, although military pay and allowances are provided, all education expenses are the responsibility of the student. If you have been selected for a specialty program which leads to board certification, it should be understood that training received must be in an institution accredited by the Accreditation Council for Graduate Medical Education of the American Medical Association.

Your signed training agreement and signed contingency document, if applicable, must be submitted to: HQDA, OTSG, ATTN: DASG-PSZ-MG, 5109 Leesburg Pike, Skyline 6, Room 691, Falls Church, VA 22041-3258 no later than **February 6, 2004**. The signed training agreement is authority to extend your current active duty term of service in accordance with paragraph 4-2i, AR 135-215. If you are currently assigned to a medical treatment facility that has a GME office, you are required to follow the instructions issued by that local GME office regarding the return of your documents. You must advise your local GME office when the contingency requirement, if any, has been met so that they can apprise this office. If you are currently assigned to a medical treatment facility that does not have a GME office, you must forward the required documents directly to the aforementioned address. Regardless of your location, it is your responsibility to ensure the Medical Education Directorate, OTSG, receives confirmation once you have met any contingency requirement.

Printed on Recycled Paper

- 2 -

Also enclosed is a memorandum from the Personnel Services Branch, U. S. Total Army Personnel Command (PERSCOM). This memorandum adjusts your incurred Active Duty Service Obligation (ADSO) based on your acceptance of GME training. If you accept training, you must follow the instructions contained in the PERSCOM memorandum and ensure this particular memorandum is signed and returned to the appropriate Agency specified in the memorandum. Any questions concerning your ADSO must be directed to the point of contact stated in the PERSCOM memorandum.

It is imperative that you provide two copies of the signed GME training agreement and the ADSO memorandum to your unit personnel officer. You must also ensure that your personnel officer forwards one copy of each document to your servicing finance and accounting officer and posts one copy of each document to your Military Personnel Records Jacket (DA Form 201). Failure to accomplish the aforementioned actions will results in cessation of your full pay and allowances at your current date of expiration of term of service.

Sincerely,

Kristen B. Raines
Colonel, Medical Corps
Director, Medical Education

Enclosures.




**REPLY TO THE ATTENTION OF**

**DEPARTMENT OF THE ARMY**
OFFICE OF THE SURGEON GENERAL
5109 LEESBURG PIKE
FALLS CHURCH VA 22041-3258

SUBJECT: Training Agreement for Army Graduate Medical Education (GME) Isenbarger, Daniel W., MC, LTC, 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)

HQDA, OTSG
ATTN: DASG-PSZ-MG
5109 Leesburg Pike
Skyline 6, Room 691
Falls Church, VA 22041-3258

1. I acknowledge receipt of your letter notifying me of my selection for Graduate Medical Education (GME) as indicated below:

    _____ a. For GME training in a military facility in _____ at _____, _____, _____, beginning on or about _____ and scheduled to be completed on _____.

    _____ b. For GME training in a military facility in _____ at the _____, followed by training at the _____, beginning on or about _____ and scheduled to be completed on _____.

    _____ c. For Army sponsored civilian training under the partially-funded GME program in _____ at a _____, beginning on or about _____ and scheduled to be completed on _____. I understand that no tuition is paid for partially-funded civilian GME.

    _X_ d. For Army sponsored civilian training under the partially-funded GME program in **Interventional Cardiology** at the **Johns Hopkins University School of Medicine, Baltimore, MD.**, beginning on or about **July 1, 2004** and scheduled to be completed on **June 30, 2005**. I understand that no tuition is paid for partially-funded civilian GME.

    _____ e. For Army sponsored civilian training under the fully-funded GME program in _____ at _____, _____, beginning on or about _____ and scheduled to be completed on _____. I understand that training is degree-producing and that Army funding for tuition expenses, if applicable, will be provided to the training institution.

    _____ f. For Army sponsored civilian training under the fully-funded GME program in which the first year of training is conducted in a civilian institution and the remaining year(s) of training are conducted at a military facility in _____ as follows: MPH at the _____, followed by training at the _____, _____, beginning on or about _____ and scheduled to be completed on _____. I understand that the first year of this program is degree-producing and required for completion of my GME program and that Army funding for tuition expenses during the first year of training will be provided to the training institution.

    _____ g. For Army sponsored civilian training under the fully-funded GME program in which the first year of training is conducted in a civilian institution and the 2nd year of training is conducted at a military facility in _____ as follows: MPH at the _____, _____, followed by training at _____, _____; beginning on or about _____ and scheduled to be completed on _____. I understand that the first year of this program is degree-producing and required for completion of my GME program and that Army funding for tuition expenses during the first year of training will be provided to the training institution.

    _____ h. For two years of _____ GME training at the _____, _____, in which the first year of training will be spent at the Uniformed Services University of the Health Sciences, Bethesda, MD., fulfilling the requirements of obtaining an MPH degree beginning on or about _____ and scheduled to be completed on _____.

\_\_\_\_\_ i. For Army sponsored civilian training under the fully-funded GME program in _____ at the _____, _____, beginning on or about _____ and scheduled to be completed on _____. I understand that training is degree-producing and that Army funding for tuition expenses, if applicable, will be provided to the training institution.

\_\_\_\_\_ j. For Army sponsored civilian training under the partially-funded GME program in _____ at the _____, _____ beginning on or about _____ and scheduled to be completed on _____. I understand that no tuition is paid for partially-funded civilian GME.

2. If selected for a five-year GME program at a military facility in general surgery, orthopaedics, or urology (which includes a research year), I agree to assignment or reassignment as directed for the research year. I understand that my research period will not exceed one year in duration and will be completed at my GME training facility or in close proximity to my GME training facility. Any assignment or reassignment required for the research year will not require a funded permanent change of duty station. I further understand and agree to the following:

   a. I will remain a student in training during the five-year program and incur an active duty obligation (ADO) for the entire period of training.

   b. Time spent during the one-year research period does not count toward repayment of the ADO incurred for GME.

   c. I will not be entitled to Medical Additional Specialty Pay (MASP) during the entire research period.

   d. Upon completion of the research period, I will be immediately returned to my specialty program at my training facility.

3. I understand that my selection for entry into GME training is contingent upon my maintaining an acceptable level of duty performance. I further understand that should my level of performance decline and appropriate written notification of this is received by this headquarters, prior to the start date of my training, a re-look board may be convened to reconsider my selection for GME training. I further understand and specifically acknowledge that as a condition of employment and for continuation in GME training I must comply with the Army physical fitness and the appearance and weight standards. I understand that documentation of compliance or noncompliance with these standards will be as prescribed in existing regulatory guidance. I understand that termination from GME training does not relieve an individual of the requirement to complete their ADO.

4. I further understand that continuation of my training will be subject to my satisfactory performance of duty as determined by the appropriate military or civilian educational institution or the U.S. Army.

5. I understand and specifically acknowledge that as a condition of employment and for continuation in GME training I must obtain a current unrestricted medical license and if I fail to obtain such license subsequent to my selection for training I will not be granted entry into GME training and this agreement is automatically void.

6. If performing Army sponsored partially-funded or fully-funded training in a civilian institution, I understand that my duties as a member of the GME training program constitute my official duties as an officer in the U.S. Army and, in that capacity, I am not allowed to accept any compensation for those duties other than my military pay and allowances. I further understand that under the provisions of the training agreement between the United States and the institution involved, professional liability coverage for negligent or wrongful acts made by me while I am acting within the scope of my duties during this training will be provided either by the training institution or under Section 1089, Title 10, U.S. Code (90 Stat. 1985).

7. I understand that notwithstanding any provision that may appear in Army regulations, under the current Department of Defense Directives governing military service obligations, as a GME participant I will incur an ADO as follows:

   a. If I entered into an Armed Forces Health Professions Scholarship Program (AFHPSP) contract prior to 8 April 1988 and such contract specified an ADO for GME in a military facility, my ADO will be governed by such provision.

b. If I do not meet the criteria in paragraph 7a above, my ADO will be one-half year for each one-half year of training or portion thereof, but the minimum ADO shall not be less than two (2) years. If performing GME in a military facility, this ADO can be repaid concurrently with any other military service obligation that I may already have except any additional GME ADO.

c. If performing Army sponsored partially-funded or fully-funded training in a civilian facility, the ADO referred to in paragraph 7a and 7b above is in addition to any other ADO I may have already incurred and it cannot be repaid concurrently with other ADOs which I have incurred as a result of government-funded education and training.

d. I understand that no portion of an existing ADO may be satisfied during participation in any GME program unless specifically provided under paragraph 7a above.

e. I further understand that my final separation date and any ADO incurred under paragraph 7a through 7d above will be as determined by the U.S. Army Human Resources Command.

8. If I do not successfully complete this GME training, my ADO will resume effective the date of withdrawal or termination from the training. If I do not successfully complete this GME training until after the currently scheduled completion date, my ADO will resume effective the date of successful completion of training. In either case, the ADO will be adjusted based on the amount of time I actually spent in the training program.

9. I understand that this GME training constitutes a voluntary retention program and that unless a waiver is obtained; I will not be released from active duty before satisfying all my active duty service obligations, even if those obligations extend me beyond 20 years active federal service.

10. If I am twice non-selected for promotion, have not yet fulfilled the term of continuous active duty under this agreement, and am offered selective continuation, then I agree to accept selective continuation on active duty, rather than elect to be discharged as a result of being twice non-selected for promotion.

11. I understand that I will not be released from active duty prior to fulfilling the ADO incurred for this GME training in accordance with applicable directives governing GME obligation except in the best interest of the U.S. Government. I further understand and specifically acknowledge that if terminated from GME training for any reason, I will be required to reapply for such training in accordance with Army requirements.

12. If participating in an Army sponsored fully-funded GME training program, I understand that in the event I voluntarily (which includes separation as a conscientious objector) or as a result of misconduct (including separation for homosexuality, drug abuse, or alcohol abuse) fail to complete the required service obligation, I will reimburse the United States the costs of advanced education, which include the cost of tuition, books, supplies, and other costs clearly identified as paid by the United States, but does not include pay, allowances, or travel expenses. I acknowledge that the term "fail to complete" means I served some but not all of the required period on active duty, or I did not serve on active duty at all because such service was not in the best interests of the Army. I understand that this reimbursement provision does not give me the option to choose to reimburse the United States in lieu of active duty service and that the rule in paragraph 6 applies. The reimbursement amount shall be determined in accordance with the following formula: Amount to be Reimbursed=

Costs of Advanced Education  X  <u>Unserved Portion of Active Duty Obligation</u>
Total Fully Funded Long Term Civilian Training Program Active Duty Obligation

13. (X) I accept the selected training and understand the requirements indicated herein. I understand that any alteration or modification to this acceptance document other than where required renders this document invalid.

14. ( ) I decline the selected training.

SIGNATURE _____
Isenbarger, Daniel W.
LTC, MC 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

DATE   15 JAN '04

OTSG FL 18   Previous editions of FL 7 and 18 are obsolete.
Dec 2003



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0417

REPLY TO
ATTENTION OF

AHRC-OPH-P                                                                 7 JAN 2004

MEMORANDUM FOR LTC DANIEL ISENBARGER, 546820768, NCC-WALTER REED ARMY MEDICAL CENTER, WASHINGTON, DC 20307-5000

SUBJECT: Adjusted Active Duty Service Obligation

1. Congratulations on your recent selection for Army Graduate Medical Education (GME) residency training in INTERVENTIONAL CARDIOLOGY at CIVILIAN INSTITUTION. Participation in this program incurs an additional active duty service obligation (ADSO).

2. Your training program is scheduled to begin on July 1, 2004 and end on June 30, 2005. Should you accept this training, your new ADSO upon successful completion, will end on **June 30, 2007.** This new ADSO calculation was based upon your current Army GME selection and your previous obligations. If any facet of your selected program changes or you fail to complete the program, your ADSO may require recalculation.

3. Please acknowledge receipt of this correspondence and indicate your acceptance of your adjusted ADSO by initialing in the space provided and return to Commander, U.S. Army Human Resources Command, ATTN: AHRC-OPH-P, 200 Stovall Street, Alexandria, VA 22332-0417.

4. Your reply must be received at your career branch before we can issue assignment instructions. Any delay in your response could delay processing of your assignment instructions. Again, congratulations on your selection for Army Graduate Medical Education Training.

5. Should you have any questions regarding your ADSO, you can contact Mr. Rash at DSN 221-2372 or commercial (703) 325-2372.

FELIPE CASSO
COL, GS
Chief, Health Services Division

__X__ I, LTC DANIEL ISENBARGER, 546820768, acknowledge acceptance of my new additional training obligation and new adjusted ADSO of June 30, 2007.

_____
Signature/date

_____Daniel W. Isenbarger_____
Typed or print Name

Please retain a copy of this document for your records.