Case 1:06-cv-01054-JDB     Document 1-6     Filed 06/08/2006     Page 1 of 2

# Exhibit 5



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0417

REPLY TO
ATTENTION OF

AHRC-OPH-P

MAR 0 9 2006

MEMORANDUM FOR LTC Daniel W. Isenbarger, MC, 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, Walter Reed Army Medical Center, Washington, DC 20307-5000

SUBJECT: Change to Active Duty Service Obligation for Training

1. A review of your active duty service obligation (ADSO) for training was conducted by this office. This review indicated a misintrepetation of DoD instruction, Medical Manpower and Personnel, June 30, 1997, 6000-13, para 6.6.3.1 and para 6.6.3.2 whereby, your ADSO of 30 June 2007, should actually read 30 June 2010.

2. The review of your record indicates that you have a three-year obligation for Cardiology residency training, (1 July 2001-30 June 2004) and a 2 year obligation for Your Interventional Cardiology fellowship training (1 July 2004-30 June 2005). Although you signed a training agreement obligating you until 30 June 2007, it is amended by this notification. If you believe your obligation is still incorrect, you may submit to the Army Board for Correction of Military Records (ABCMR) for their adjudication.

3. Point of contact is Major Owens/ Mr. Rash at DSN 221-2382/2372 or (703) 325-2382/2372.

TERRY G. OWENS
MAJ, MS
Chief, Personnel Services Branch