UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL W. ISENBARGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06cv01054 (JDB) |
| | ) | |
| Major General | ) | |
| KENNETH L. FARMER, JR., | ) | |
| | ) | |
| Respondent. | ) | Judge Bates |

NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Daniel W. Isenbarger. I certify that I am admitted to practice before the United States District Court for the District of Columbia and that I am a member of the bar in good standing in every court in which I am authorized to practice.

Respectfully submitted,

*[signature: Eugene R. Fidell]*

Eugene R. Fidell (112003)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
(202) 466-8960

*Attorney for Petitioner*

June 20, 2006