UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DANIEL W. ISENBARGER )
7543 Spring Lake Drive, Apt. D1 )   JUN 2 0 2006
Bethesda, MD 20817, )
) NANCY MAYER WHITTINGTON, CLERK
) U.S. DISTRICT COURT
*Petitioner*, )
)
v. ) C.A. No. **06 1054**
)
Major General )
KENNETH L. FARMER JR. )
Commander )
Walter Reed Army Medical Center )
6900 Georgia Ave., N.W. )
Washington, DC 20307, )
)
*Respondent.* )

ORDER TO SHOW CAUSE

The Court is in receipt of Petitioner's application for writ of habeas corpus. Because it does not "appear[] from the application" that Petitioner is not entitled to habeas relief, the Court hereby orders Respondent "to show cause why the writ should not be granted, " 29 U.S.C. § 243. Accordingly, it is, by the Court, this _16th_ day of _June_, 2006, ORDERED that:

1. On or before _August 1, 2006_, Respondent shall file and serve an answer or other return showing cause why this Court should not issue a writ of habeas corpus. In addition, Respondent shall file and serve with his answer a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

2. If Petitioner wishes to respond to the answer, he shall do so by filing a reply with the Court and serving it on Respondent on or before _August 22, 2006_.

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

Copies to:

Eugene R. Fidell, Esq.
Matthew S. Freedus, Esq.
Feldesman Tucker Leifer
  Fidell LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036

Hon. Kenneth L. Wainstein
United States Attorney for the
        District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Hon. Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Major General Kenneth L. Farmer Jr.
Commander
Walter Reed Army Medical Center
6900 Georgia Ave., N.W.
Washington, DC 20307