IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL W. ISENBARGER**<br>7543 Spring Lake Drive<br>Apt. D1<br>Bethesda, MD 20817<br><br>              **Plaintiff,**<br><br>v.<br><br>Major General<br>**KENNETH L. FARMER JR.**<br>Commander<br>Walter Reed Army Medical Center<br>6900 Georgia Ave., N.W.<br>Washington, D.C. 20307<br><br>              **Defendant.** | Civil Action No. 06-1054 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                                Respectfully submitted,

                                        _____/s/_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        202-353-9895  / FAX 202-514-8780