UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL W. ISENBARGER, )
)
Petitioner, )
)
v. )
) Civil Action No. 06-C-01054
MAJOR GENERAL KENNETH )
L. FARMER, JR. )
)
Respondent. )

**DECLARATION OF MAJOR TERRY G. OWENS**

I, Terry G. Owens, declare and state the following:

1. I am over 18 years of age and I am a Major in the U.S. Army. I am assigned to U.S. Army Human Resources Command, Alexandria, Virginia and am the Chief, Personnel Services Branch. As such, I am the principle advisor to the Chief, Health Services Division, for all matters relating to Army Medical Department officer promotions, active duty service obligation (ADSO) computations, special pay and personnel actions such as separations, extensions, branch and interservice transfers, and military and civilian school boards.

2. This declaration is made on personal knowledge of factual matters known to me or provided to me in my official capacity. I am aware that this declaration may be filed in the United States District Court for the District of Columbia and that this declaration is the legal equivalent of a statement under oath.

3. Lieutenant Colonel (LTC) Daniel Isenbarger's current ADSO is June 30, 2007. LTC Isenbarger's ADSO is derived from his participation in graduate medical education (GME) at the fellowship level. Specifically, LTC Isenbarger participated in the cardiology and interventional cardiology graduate medical education (GME) fellowship programs.

4. On January 20, 2006, a request from U.S. Army Office of the Surgeon General, Directorate of Medical Education, was made to correct LTC Isenbarger's ADSO to June 30, 2010. This requested change was based on an interpretation of Department of Defense Directive 6000.2, which provides guidance on Minimum Terms of Service and Active Duty Obligations for Health Services Officers, and DA Form 4629, the Department of the Army Health Professions Scholarship Program Service Agreement.

5. In response to the request from the Office of the Surgeon General, LTC Isenbarger's ADSO was changed to read June 30, 2010 in the Total Officer Personnel Management Information System (TOPMIS) and the Medical Operating Data System (MODS). LTC Isenbarger was given written notice of this change in his ADSO.

6. However, after further review, the U.S. Army Human Resources Command decided to return LTC Isenbarger's ADSO to the original date. Pursuant to this decision LTC Isenbarger's ADSO was returned to the date of June 30, 2007 in TOPMIS and MODS. No final decision has been made to change LTC Isenbarger's ADSO and it remains June 30, 2007.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746. Executed on this 28th day of July 2006.

Terry G. Owens
Major, U.S. Army