UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel W. Isenbarger<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Major General<br>Kenneth L. Farmer, Jr.,<br><br>　　　Defendant. | Civil No. 06-CV 01054-JDB |

## DECLARATION OF CARL W. S. CHUN

Pursuant to 28 U.S.C. § 1746, I, Carl W. S. Chun, make the following declaration in the above-cited case.

　　　1. I am the Director of the Army Board for Correction of Military Records (ABCMR). In this capacity, I am directly responsible for the functions of the ABCMR. The ABCMR is an administrative body established by the Secretary of the Army pursuant to 10 U.S.C. §1552. It is authorized to recommend that the Secretary of the Army correct military records when an error or injustice has been shown. Army Regulation 15-185 (32 C.F.R. § 581.3) prescribes policies and procedures governing the ABCMR.

2. I have read the complaints of plaintiff Daniel W. Isenbarger in the above captioned case. The Secretary of the Army or his designee, acting upon the recommendation of the ABCMR, can address plaintiff's request for relief. If requested, and if appropriate, the ABCMR can recommend to the Secretary of the Army that he grant relief.

3. A diligent search of the records of the ABCMR reveals that Daniel W. Isenbarger has not filed a claim. Mr. Isenbarger may file his application for relief at any time, subject to the ABCMR's three-year statute of limitations. The three-year statute of limitations may be waived by the ABCMR if after reviewing the records in the case it believes it is in the best interest of justice to do so.

I do declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June 2006 at Arlington, Virginia.

Carl W. S. Chun
Director, Army Board for Correction
of Military Records