UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. ISENBARGER, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-1054 (JDB) |
| MAJOR GENERAL KENNETH L. FARMER, JR. | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION FOR LEAVE TO FILE OUT OF TIME**

On June 8, 2006, the Petitioner filed an Application for a Writ of Habeas Corpus. The Court issued an order to answer or otherwise show cause why the Court should not issue the writ by August 1, 2006. Prior to departing for vacation, undersigned counsel attempted to file a consent motion for a seven (7) day enlargement of time, through and including August 8, 2006, within which to answer or otherwise show cause. However, counsel inadvertently filed in the wrong case. Counsel apologizes to the Court and opposing counsel and respectfully requests that the Court grant this motion for leave to file out of time. Respondent filed its response to the show cause order on August 8, 2006. Good cause exists to grant this motion:

1. Respondent diligently worked on this matter; however, respondent needed additional time to address the factual and legal claims raised by Petitioner. Further, undersigned counsel has been out of the office since August 1, 2006, and will be out through August 15, 2006, on previously scheduled leave.

2. Granting leave to file out of time will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3.  This is the first enlargement of time sought in this matter.

4.  Petitioner, through counsel, consented to the enlargement requested.

5.  Petitioner will not be harmed by the enlargement as he acknowledges that he has an Active Duty Service Obligation (ADSO) through June 30, 2007.

For these reasons, respondent requests that the Court grant this Motion for Leave to File Out of Time. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C. 20530
(202) 353-9895