UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL W. ISENBARGER,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>) | Civil Action No. 06-1054 (JDB) |
| **MAJOR GENERAL KENNETH L. FARMER, JR.** )<br>)<br>Respondent. )<br>) | |

**ORDER**

Upon consideration of Respondent's Motion for leave to file out of time its response to the Court's order to answer or otherwise show cause, and the entire record of this case, it is hereby

ORDERED that Respondent's Motion for Leave to File Out of Time is GRANTED, and it is

FURTHER ORDERED that Respondent's response shall be deemed filed as of the date of this order.

Dated this _____ day of _____, 2006.

_____
JOHN D. BATES
United States District Judge

Copies to:
Parties via ECF