**Bernardo, Allie**

**From:** Best, Latanya, HRC-Alexandria [latanya.best@hoffman.army.mil]
**Sent:** Thursday, May 04, 2006 10:24 AM
**To:** Bernardo, Allie
**Cc:** Allen, Rex COL, HRC-Alexandria; Best, Latanya, HRC-Alexandria
**Subject:** RE: Letter to Colonel Rex Allen

Ma☐am,

I received the letter via this email and the rest of the fax came through as well. I will ensure that COL Allen gets these documents.

LaTanya D. Best

Admin. Support Assistant

Health Services Division

703-325-2300/ 703-325-2301 (fax)

NOTICE: The information contained in this communication is intended for the sole use of the named addressees/recipients to whom it is addressed, in the conduct of official business of the United States Government. This communication may contain information that is exempt from disclosure under the Freedom of Information Act, USC 552 and the Privacy Act, 5 USC 552a Addressees/recipients are not to disseminate this communication to individuals other than those who have an official need to know re this information in the course of their official Government duties. If you received this communication in error, please do not examine, review, print, copy, forward, disseminate, or otherwise use this information. Please immediately notify the sender at 703-325-7777 and delete the copy received. Thank You!

-----

From: Bernardo, Allie [mailto:ABernardo@feldesmantucker.com]
Sent: Thursday, May 04, 2006 9:25 AM
To: Latanya.best@hoffman.army.mil; allenr5@hoffman.army.mil
Subject: Letter to Colonel Rex Allen

Ms. Best:

Per our conversation, attached is the letter we attempted to fax to Colonel Allen yesterday. Please print a copy for Colonel Allen. The original is forthcoming via certified mail.

Thanks again for your help.

5/4/2006

Allie L. Bernardo

Assistant to Eugene R. Fidell, Esq.

Feldesman Tucker Leifer Fidell LLP

2001 L Street, N.W.

Second Floor

Washington, DC 20036

(202)973-0847

(202)293-8103 Facsimile

5/4/2006