# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### RETURN DOCUMENT LETTER

_____ Attorney presenting this case does not appear to be a member of the bar of this Court. SEE LOCAL RULE 83.8 AND 83.9. Attorney must either be a member of the District of Columbia Bar and a member of our bar, or, is an active member in good standing of the highest court of any state in which the attorney maintains his/her principal law office and is a member in good standing of a United States District Court that provides for reciprocal admission to members of the bar of this Court.

_____ If you wish to relate this incoming case to an already existing case, as you have indicated on the bottom of the civil cover sheet, you MUST also provide the Court with a related case form, in duplicate.

__X__ All originals must be two-whole punched at the top as well as assembled. If you are unable to staple the pleadings, you must use Acco (metal) prong clips with fasteners. Please be advised that originals must not be bound. Further, it is not acceptable to file loose papers in boxes nor to file them in 3-ring binders.
*no black binder clips*

_____ This Court's civil cover sheet is two-sided and both sides need to be completed when filing a new case. We have corrected your filing this time, but in the future, please use the enclosed current two-sided civil cover sheet for any future filings.

_____ Attorney is a member of the bar of this Court, but is not active. Please check with our Attorney Admissions Office, (202) 354-3107, regarding his/her status. Pursuant to our Local Rules, Attorneys who have been admitted to the bar of this court, must renew their membership every three years, which includes completing the attorney renewal form and paying $25.00.

_____ Not enough summons were submitted. If you choose not to have a defendant(s) waive service, you must submit a summons for each named defendant. Further, if you are naming a government agent or agency, you must supply two additional summons; one for the U.S. Attorney and one for the U.S. Attorney General.

_____ $350.00 filing fee was not submitted. Check must be made payable to "Clerk, U.S. District Court".

_____ *A Habeas Corpus is $5.00. A Complaint is $350.00 which are you filing? Can't combine. No summons on a Habeas. Atty w/ client when I called.*

NANCY MAYER-WHITTINGTON, CLERK  *Thank you,*

By ___*Maureen @ New Cases*___
Deputy Clerk   *6-7-06*

*Atty. M. Freedus*

*Corrected 6/8/06*

CO
Rev. 4/04

n:\Forms\Return Document Letter