# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL W. ISENBARGER,<br><br>    Petitioner,<br><br>        v.<br><br>KENNETH L. FARMER, JR.,<br><br>    Respondent. | Civil Action No.  06-1054  (JDB) |

## ORDER

Upon consideration of [#1] petitioner's application for a writ of habeas corpus and [#5] respondent's brief requesting dismissal for lack of subject matter jurisdiction, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the application is **DISMISSED** without prejudice.

                                                    /s/
                                            JOHN D. BATES
                                       United States District Judge

Date:  November 29, 2006